I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-06-09

DEPUTY CLERK

FILED

JAN - 6 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAVION CHAMBERLAIN,<br><br>  Petitioner,<br><br>  v.<br><br>CMC WEST,<br><br>  Respondent. | Case No. SACV 08-01468-AG (MLG)<br><br>MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND |

Petitioner, a California state prisoner, filed this petition for writ of habeas corpus on December 30, 2008. The petition suffers from the following deficiencies:

- The petition form does not clearly set forth the facts or legal theories supporting petitioner's claim(s); and
- The petition names an improper respondent, the warden of the institution in which Petitioner is held is the appropriate respondent.

Based on the above-noted deficiencies, the petition is DISMISSED with leave to amend. Petitioner may file a "First Amended Petition" not later than 30 days from the date of this order. To that end, the

1  Clerk is instructed to send to petitioner with this order a copy of
2  the latest version of form Civ 69 - Petition for Writ of Habeas
3  Corpus by a Person in State Custody, pen-changed to reflect "First
4  Amended" Petition.  Petitioner is advised that any memorandum in
5  support of the petition is limited to 15 pages.  **Petitioner is**
6  **further advised that if he fails to file a First Amended Petition in**
7  **accordance with the requirements of this order, the action will be**
8  **subject to dismissal without further notice.**

10 Dated: January 5, 2009

                                        _____
                                        Marc L. Goldman
                                        United States Magistrate Judge