**FILED**
AUG - 4 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6 /ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

TRAVION CHAMBERLAIN )   Case No.   SACV 08-1468-AG (MLG)
         Petitioner,   )
                       )   JUDGMENT
         v.            )
                       )
JOHN MARSHALL, Warden, )
                       )
         Respondent.   )
_____)

   IT IS ADJUDGED that the petition is denied with prejudice.

Dated: JULY 31, 2009

_____
Andrew J. Guilford
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 4 2009
CENTRAL DIST...
BY